| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TYGER WADE LUCAS,

        Plaintiff,

   v.

QUEST DIAGNOSTICS INC.,

        Defendant.

_____

NO. CIV. S-07-2405 JAM DAD

---oo0oo----

    This case was removed to the Eastern District of California from the Superior Court of California, Kern County, and assigned to the undersigned judge sitting in Sacramento, California. Based on the pleadings of the parties that the suit arose in Kern County, California, as set forth in plaintiff's complaint, the court finds good cause to transfer this action to the Fresno Division.

    Accordingly, the court makes the following orders:

    1.    Pursuant to Local Rule 3-120(d), the case is hereby TRANSFERRED to the Fresno Division of this court.

    2.    The Clerk's Office is instructed to transfer this file to the Fresno Division.

    3.    All presently scheduled hearing dates in this matter are VACATED.

1 | All future filings shall be filed at:

2 | United States District Court
3 | Eastern District of California
  | 1130 "O" Street
4 | Fresno, CA 93721

5 | IT IS SO ORDERED.

7 | DATED: July 18, 2008

8 |       /s/ John A. Mendez
  | HON. JOHN A. MENDEZ
9 | UNITED STATES DISTRICT JUDGE