# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYGER WADE LUCAS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS, Inc.,<br>a corporation; and Does 1-25, inclusive,<br><br>Defendants. | Case No. **1:08-CV-1042 OWW**<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

The hearing on Plaintiff's Counsel's Motion to Withdraw as Counsel came on for hearing on August 18, 2008 at 10:00 a.m. before the Honorable Judge Oliver W. Wanger. Yolanda A. Slaughter appeared telephonically as counsel for Plaintiff. Andrew J. Sommer appeared telephonically as counsel for Defendant.

Satisfactory proof having been shown that Plaintiff's counsel complied with the California State Bar and Local Rule notice requirements, and satisfactory proof having been received, the Court finds there is a total breakdown in communication between plaintiff and Plaintiff's counsel justifying withdrawal.

///

///

1

ORDER RE: MOTION TO WITHDRAW AS COUNSEL

1  **IT IS HEREBY ORDERED THAT** Mesriani & Associates is to serve notice of this

2  Order to Plaintiff at the following last known contact information:

3  Last known address:

4  217 S. Meyler, San Pedro, CA 90731

5  Telephone Number: (619) 254-6485

6  Email Address: sixsigma@earthlink.net

7  Forwarding Address as per Notice by the U.S. Postal Services:

8  7036 S Dary Ashford St., Houston, Texas 77072-5121

10  **IT IS HEREBY FURTHER ORDERED THAT** the Motion to Withdraw as Attorneys

11  of record by Mesriani & Associates, a Professional Law Corporation, and Yolanda A. Slaughter

12  is **GRANTED.**

14  IT IS SO ORDERED.

15  **Dated:   August 29, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE