UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYGER WADE LUCAS, | ) | 1:08-cv-1042 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | Date: 12/1/08 10:00 Ctrm. 3 |
| | ) | |
| QUEST DIAGNOSTICS, INC., and DOES 1 through 25, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

A Scheduling Conference in this case, regularly noticed for hearing on October 29, 2008, was held.  Defendant, Quest Diagnostics, Inc., appeared by and through its attorneys, Epstein Becker & Green, P.C., by Leslie J. Mann, Esq.  The Plaintiff did not appear.

Defendant's attempts to contact and communicate with the Plaintiff have been unsuccessful.  Counsel for Plaintiff were previously granted permission to withdraw as attorneys of record.

As an individual litigant, pro se, Plaintiff has a duty to comply with the rules of Court, to communicate with opposing counsel, and to file a status report and appear at the Scheduling Conference in accordance with Federal Rules of Civil Procedure

1

16, 26, and the Order Setting Mandatory Scheduling Conference dated July 21, 2008, requiring Plaintiff's participation in the Mandatory Scheduling Conference, by preparation of the statement and appearance at said conference.

Plaintiff, Tyger Wade Lucas, is ORDERED to show cause, if any he has, on December 1, 2008, at the hour of 10:00 a.m. in Courtroom 3 of the United States District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California 93721, Courtroom 3, why his case should not be dismissed for violation of court orders and failure to prosecute this lawsuit.

IT IS SO ORDERED.

Dated:   October 29, 2008                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE