UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

TYGER WADE LUCAS,  )
                   )
                   )
        Plaintiff, )
                   )   1:08-CV-1042 OWW GSA
     v.            )
                   )   ORDER DISMISSING ACTION
QUEST DIAGNOSTICS, INC.  )   FOR LACK OF PROSECUTION
                   )
                   )
        Defendant. )
                   )
                   )
_____)

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   December 1, 2008**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

1